UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TANYA ZABORSKY,

                        Plaintiff,

    -against-

DIME SAVINGS BANK OF
WILLIAMSBURGH, VINCENT
PALAGIANO & SAMUEL FRITSKY,

                        Defendant.

------------------------------------------------------------X

Civ. No.: 05-0934 (SJF)(KAM)

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 3 0 2006 ★
P.M.**

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Tanya Zaborsky and Defendants The Dime Savings Bank of Williamsburgh (incorrectly named in this litigation as "Dime Savings Bank of Williamsburgh"), Vincent Palagiano and Samuel Frisky, through their respective undersigned counsel, that the above-captioned action shall be and hereby is dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

                                  THE LAW FIRM OF IVAN M. DIAMOND
                                  888 Grand Concourse, Suite 1-L
                                  Bronx, New York 10451
                                  (718) 588-2000

_5/19/06_             By: _____
Date                                Ivan Diamond (ID 8235)

                                  ATTORNEYS FOR PLAINTIFF
                                  TANYA ZABORSKY

JACKSON LEWIS LLP
One North Broadway
White Plains, New York 10601
(914) 328-0404

5/25/06        By: _____/s/ Scott T. Baken_____
Date                Scott T. Baken (SB 9631)
                   Daniel V. Duff (DD 4334)

ATTORNEYS FOR DEFENDANT
DIME SAVINGS BANK OF WILLIAMSBURGH

GORDON & REES, LLP
One Liberty Plaza, 23rd Floor
New York, New York 10006
(212) 201-6777

6-2-06         By: _____/s/ Mercedes Colwin_____
Date                Mercedes Colwin (MC 3862)

ATTORNEYS FOR DEFENDANTS VINCENT
PALAGIANO AND SAMUEL FRITSKY

SO ORDERED THIS 21 DAY OF
AUGUST, 2006

/S/
_____
HON. SANDRA J. FEUERSTEIN

2